**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 10, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Eduard Rashoyan<br>5731 Woodman Avenue<br>#202<br>Van Nuys, CA 91401 | Yeranuhi Barakhyan<br>5731 Woodman Avenue<br>#202<br>Van Nuys, CA 91401 | **Case Number:**<br>**1:10–bk–24225–KT** |
|---|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor: aka Edward Rashoyan, dba Bijoux For You<br><br>Joint Debtor: aka Yeranui Barakyan | colspan | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–8696<br>JDbt SSN: xxx–xx–0966 |
| Attorney for Debtor(s) (name and address):<br>Allen A Sarkisian<br>520 E Broadway, Ste.203<br>Glendale, CA 91205<br>Telephone number: 818–291–0047 | colspan | Bankruptcy Trustee (name and address):<br>Nancy J Zamora (TR)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Telephone number: 213–488–9411 |

### Meeting of Creditors

Date: **December 10, 2010**    Time: **10:00 AM**
Location: **21051 Warner Center Lane, #105, Woodland Hills,, CA 91367**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: February 8, 2011**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603<br>Telephone number: 818–587–2900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: November 12, 2010 |
| **(Form rev. 12/09:341–B9A)** | / |

**EXPLANATIONS**  B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367−6603** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: rmendezC                Page 1 of 2                  Date Rcvd: Nov 12, 2010
Case: 10-24225                 Form ID: b9a                  Total Noticed: 52

The following entities were noticed by first class mail on Nov 14, 2010.
db           +Eduard Rashoyan,    5731 Woodman Avenue,   #202,   Van Nuys, CA 91401-4480
jdb          +Yeranuhi Barakhyan,    5731 Woodman Avenue,   #202,   Van Nuys, CA 91401-4480
aty          +Allen A Sarkisian,    520 E Broadway, Ste.203,   Glendale, CA 91205-4943
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,   P. O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P. O. Box 53200,   Los Angeles, CA 90053-0200
27894143     +ALLIANT LAW GROUP, P.C.,    2860 ZANKER ROAD, SUITE 105,   San Jose, CA 95134-2119
27894145     +AT&T,    Business Services,   P.O. Box 78230,   San Francisco, CA 94107-8230
27894142      Abe Abrahamoff Diamond Imports,    550 S. Hill Street,   #1525,   Los Angeles, CA 90013-2471
27894146     +BAY AREA CREDIT SERVICE, LLC,    1901 W. 10TH STREET,   Antioch, CA 94509-1380
27894147     +BENJAMIN & WILLIAMS CREDIT INV,    5485 EXPRESSWAY DRIVE NORTH,   Holtsville, NY 11742-1311
27894148     +BUREAU OF COLLECTION RECOVERY,    P.O. BOX 1259,   Oaks, PA 19456-1259
27894149     +CHRISTOPHER MONTES DE OCA, ESQ,    100 OCEANGATE, SUITE 1200,   Long Beach, CA 90802-4324
27894152      COLLECTION BUREAU OF AMERICA,    P.O. BOX 5013,   Hayward, CA 94540-5013
27894150      City of Pasadena,    Business License Section,   P.O. Box 7115,   Pasadena, CA 91109-7215
27894151     +City of Pasadena,    Parking Citation Section,   100 N. Garfield Ave., Rm. N106,
               Pasadena, CA 91101-1726
27894153     +County of Los Angeles,    Tax Collector,   225 N. Hill Street, Room 122,
               Los Angeles, CA 90012-3253
27894156     +DIVERSIFIED ADJUSTMENT SERVICE,    600 COON RAPIDS BOULEVARD,   Minneapolis, MN 55433-5549
27894155     +Discover Network,    P.O. Box 3016,   New Albany, OH 43054-3016
27894157     +EASIGO Gem & Jewerly Importer,    St. Vincent Jewerly Ctr. #K15,   650 S. Hill Street,
               Los Angeles, CA 90014-1748
27894158     +EGL USA,    550 S. Hill Street,   Suite 840,   Los Angeles, CA 90013-2409
27894159     +FINANCIAL CREDIT NETWORK, INC.,    P.O. BOX 3084,   Visalia, CA 93278-3084
27894160     +Free Choice Communications,    6855 Tujunga Avenue,   North Hollywood, CA 91605-6312
27894161     +Golden Crown Jewerly, Inc.,    650 S. Hill Street, Suite D20,   Los Angeles, CA 90014-1783
27894162     +INTERNATIONAL LEGAL RECOVERY,    18653 VENTURA BOULEVARD #231,   Tarzana, CA 91356-4103
27894163     +JBT,    P.O. BOX 6928,   Providence, RI 02940-6928
27894165      LA County District Attorney,    Bad Check Restitution Program,   P.O. Box 86407,
               Los Angeles, CA 90086-0407
27894166     +LAW OFFICES OF LOUIS JACOBS,    11693 SAN VICENTE BLVD. #318,   Los Angeles, CA 90049-5105
27894167     +MATTHEW C. MICKELSON, ESQ.,    16055 VENTURA BLVD. SUITE 1230,   Encino, CA 91436-2627
27894168     +MENDELSON LAW GROUP,    20058 VENTURA BOULEVARD STE 54,   Woodland Hills, CA 91364-2637
27894169     +Merchant Services,    109-15 14th Avenue,   College Point, NY 11356-1400
27894170     +Office of the City Treasury,    Collections Unit,   100 N. Garfield Ave., Rm. N123,
               Pasadena, CA 91101-1726
27894172     +Prime Mounting Jewelry,    650 S. Hill Street,   Los Angeles, CA 90014-1748
27894173     +Professional Credit Service,    2892 Crescent Avenue,   Eugene, OR 97408-7397
27894174     +Quality Gold,    A/R Aging Detail,   500 Quality Boulevard,   Fairfield, OH 45014-2292
27894175      RCI Jewelry Corp,    DBA RAYMOND HAK COUTURE,   11 Grace Avenue, Suite 302,   Brooklyn, NY 11201
27894176     +ROBERT A. WILKS, ESQ.,    1801 E. PARKCOURT PL. STE E103,   Santa Ana, CA 92701-5038
27894177     +S.P. Diam, Inc.,    550 S. Hill Street,   Suite 1545,   Los Angeles, CA 90013-2475
27894178      Sparkletts,    DS Waters of America, Inc.,   P.O. Box 660579,   Dallas, TX 75266-0579
27894179     +State of California,    Board of Equalization,   1521 W. Cameron Ave., #300,
               West Covina, CA 91790-2738
27894180     +TeleCheck Merchant Services,    Mail Stop A-12,   7301 Pacific Street,   Omaha, NE 68114-5452
27894181     +The Perfect Set,    640 S. Hill Street,   Suite 348-A,   Los Angeles, CA 90014-4031
27894185      WILLFORD LAW FIRM,    575 WLM AVENUE, SUITE 18,   Long Beach, CA 90802
27894186      Zide & O'Biecunas, LLP,    14123 Victory Boulevard,   Van Nuys, CA 91401-1928

The following entities were noticed by electronic transmission on Nov 13, 2010.
tr           +EDI: QNJZAMORA.COM Nov 13 2010 01:48:00      Nancy J Zamora (TR),   U.S. Bank Tower,
               633 West 5th Street, Suite 2600,   Los Angeles, CA 90071-2053
smg           EDI: EDD.COM Nov 13 2010 01:48:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P. O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Nov 13 2010 01:48:00      Franchise Tax Board,   ATTN: Bankruptcy,
               P. O. Box 2952,    Sacramento, CA 95812-2952
27894144     +EDI: AMEREXPR.COM Nov 13 2010 01:48:00      American Express,   P.O. Box 6618,
               Omaha, NE 68106-0618
27894154     +EDI: CCS.COM Nov 13 2010 01:48:00      CREDIT COLLECTION SERVICES,   TWO WELLS AVENUE, DEPT 773,
               Newton Center, MA 02459-3208
27894164     +EDI: CHASE.COM Nov 13 2010 01:48:00      JP MORGAN CHASE,   C/O: SHEDRICK O DAVIS III, ESQ,
               300 S. GRAND AVENUE, 4th FLOOR,   Los Angeles, CA 90071-3109
27894171      E-mail/Text: BKProcessing@ssiincusa.com                            Oxford Management Services,
               P.O. Box 1991,   Southgate, MI 48195-0991
27894183     +EDI: WFFC.COM Nov 13 2010 01:48:00      Wells Fargo Bank, N.A.,   Business Direct,
               P.O. Box 348750,   Sacramento, CA 95834-8750
27894184      EDI: WFFC.COM Nov 13 2010 01:48:00      Wells Fargo Bank, N.A.,   P.O. Box 6995,
               Portland, OR 97228-6995
27894182      EDI: WFFC.COM Nov 13 2010 01:48:00      Wells Fargo Bank, N.A.,   P.O. Box 5058,
               Portland, OR 97208-5058
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-1         User: rmendezC            Page 2 of 2              Date Rcvd: Nov 12, 2010
Case: 10-24225               Form ID: b9a              Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**          **Signature:** _Joseph Speetjens_